**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BARBARA INGBER<br>Plaintiff<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>Defendant | CIVIL ACTION<br><br><br><br>NO. 08-4499 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, BARBARA INGBER, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ *Brent F. Vullings, Esq.*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff
    Attorney I.D. #92344
    Warren & Vullings, LLP
    1603 Rhawn Street
    Philadelphia, PA  19111
    215-745-9800